## BENSON v. GUTTERMAN.

(Supreme Court, Appellate Term. November 27, 1900.)

APPEAL—RETURN—CERTIFICATE OF JUSTICE—CONCLUSIVENESS.

Where the return of the justice on appeal certifies that he rendered judgment within eight days after the submission of the case, it will be taken as true, though there are unauthenticated words under his signature on the judgment indicating the contrary.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by Morris Benson against Abraham Gutterman. From a judgment for plaintiff, defendant appeals. Affirmed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

Rosenthal & Rosenthal, for appellant.

Rudolph Marks, for respondent.

PER CURIAM. By the return in this case the trial justice certifies that he rendered judgment on March 8, 1900, which was within eight days after the submission of the case. The presence of certain unauthenticated words, under the justice's signature, on the judgment should not warrant us in indulging in inferences to the contrary. This being the only point raised, the judgment should be affirmed, with costs.

Judgment affirmed, with costs.